JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | USDC Number: CV 13-01913-RGK<br>BK Number: 2:12-BK-29469-ER | Date | April 12, 2013 |
|---|---|---|---|
| Title | In re Angela Hawkins<br>Sean M. Gilmore and/or Rica J. Gilmore v. Peter Anderson | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| R. Neal for Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER REMANDING CASE TO BANKRUPTCY COURT**

The above-referenced bankruptcy appeal is hereby REMANDED to United States Bankruptcy Court, Central District of California. The Notice of Appeal was filed beyond the fourteen (14) day time period allowed, and Appellant did not pay the required filing fee.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | slw | |